UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DUNCAN J. MCNEIL, III,

Plaintiff,

v. Case No. 3:05-cv-603-J-20HTS

UNITED STATES, et al.,

Defendants.

---

**ORDER**

This case was properly transferred to the United States District Court for the Eastern District of Washington on July 7, 2005. Nevertheless, Plaintiff continues to file pleadings in this case, despite being advised, on two separate occasions, that all pleadings and requests for relief in this case must be filed in the United States District Court for the Eastern District of Washington.

Accordingly, Plaintiff's August 15, 2005, Motion for Relief from Order of Transfer (Doc. #12) and August 25, 2005, Motion to Modify, Alter or Amend (Doc. #13) are **DENIED.** Furthermore, any pleadings submitted by Plaintiff in the future in this case shall be **RETURNED**, unprocessed, to the Plaintiff so that he may properly

submit them to the United States District Court for the Eastern District of Washington.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of August, 2005.

UNITED STATES DISTRICT JUDGE

ps 8/31
c:
Duncan J. McNeil, III
Jim Leanhart, Clerk's Office Supervisor